**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **ASBESTOS PRODUCTS**          :          **MDL 875**
        **LIABILITY LITIGATION**          :
        **ALL ACTIONS**          :
        **(See attached schedule for case list)**          :

**TRANSFER ORDER NO. 37**

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of

Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL - 875 cases

from the District Court for the  District of Delaware, the Transferor Court,  in accordance with the

terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.  The effective

date of transfer is upon entry of this order.

**BY THE COURT**

*/S/ James T. Giles*
**JAMES T. GILES, J.**

Date:  *5/21/2007*