| Date | PA ED # | Transfer # | Name of Plaintiffs | Transfer District |
|---|---|---|---|---|
| 5/25/2007 | 64522 | 84-00251 | Fogelman, Mildred R. | DELAWARE - 1 |
| 5/25/2007 | 64523 | 84-00541 | Overkamp, Elizabeth | DELAWARE - 1 |
| 5/25/2007 | 64524 | 85-00003 | Morean, George T. | DELAWARE - 1 |
| 5/25/2007 | 64525 | 85-00061 | Brown, Mary | DELAWARE - 1 |
| 5/25/2007 | 64526 | 85-00062 | Grady, Robert G. | DELAWARE - 1 |
| 5/25/2007 | 64527 | 85-00550 | Williams, James J. | DELAWARE - 1 |
| 5/25/2007 | 64528 | 86-00298 | Atwell, Paul | DELAWARE - 1 |
| 5/25/2007 | 64529 | 86-00435 | Wells, Betty | DELAWARE - 1 |
| 5/25/2007 | 64530 | 87-00093 | Dougherty, Grace | DELAWARE - 1 |
| 5/25/2007 | 64531 | 87-00355 | Ward, John | DELAWARE - 1 |
| 5/25/2007 | 64532 | 89-00063 | Wroten, Wallace | DELAWARE - 1 |
| 5/25/2007 | 64533 | 01-00234 | Todd, John | DELAWARE - 1 |
| 5/25/2007 | 64534 | 01-00318 | Bowman, Clyde | DELAWARE - 1 |